UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No. 06-14307-BKC-RAM
                                                    Chapter 7
MICHAEL TODD MOORE
SS #XXX-XX-8073

_____Debtor(s)_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate.  Attached

hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on May 7, 2010.  If checks are not cashed

within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for

deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.


Dated:  May 7, 2010_____              /s/ Drew M. Dillworth_____
                                      DREW M. DILLWORTH, Trustee
                                      150 W. Flagler Street
                                      22nd Floor
                                      Miami, FL  33130
                                      Telephone: (305) 789-3598
                                      Telefax:  (305) 789-3395

#300158 v1

EXHIBIT "C"

# FINAL DISTRIBUTION

| Case Number: 06-14307    RAM | | | | Page 1 | | | | Date: May 7, 2010 |
|---|---|---|---|---|---|---|---|---|
| Debtor Name: MOORE, MICHAEL TODD | | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $0.00 |
| | **Claim Type -** | | | | | | | |
| | DREW M. DILLWORTH COMPENSATION | Admin | | $2,911.30 | $2,911.30 | $0.00 | $0.00 | $0.00 |
| | DREW M. DILLWORTH EXPENSES | Admin | | $104.03 | $104.03 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type** | | | $3,015.33 | $3,015.33 | $0.00 | $0.00 | |
| | **Claim Type 3711-00 - Appraiser for Trustee Fees** | | | | | | | |
| | JACK ABRAHAMS Professional Appraiser 555 Oaks Lane Suite 303 Pompano Beach, Florida 33069 | Admin | 001 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3711-00** | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 | |
| | **Subtotals For Class Administrative   100.00000 %** | | | $4,015.33 | $4,015.33 | $0.00 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | IRS 7850 SW 6 Ct - Stop 5730 Plantation FL 33324 | Unsec | 070 | $2,755,403.88 | $17,521.82 | $2,737,882.06 | $0.00 | $0.00 |
| 000002 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145<a href='/cgi-bin/Claimant.pl?427124 ,2,06-14307-RAM'>Claimant History</a> | Unsec | 070 | $2,806.12 | $17.84 | $2,788.28 | $0.00 | $0.00 |
| 000003 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsec | 070 | $9,302.26 | $59.16 | $9,243.10 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $2,767,512.26 | $17,598.82 | $2,749,913.44 | $0.00 | |
| | **Subtotals For Class Unsecured   0.63591 %** | | | $2,767,512.26 | $17,598.82 | $2,749,913.44 | $0.00 | |

EXHIBIT "C"

## FINAL DISTRIBUTION

| | | |
|---|---|---|
| Case Number: 06-14307    RAM | Page  2 | Date: May 7, 2010 |
| Debtor Name: MOORE, MICHAEL TODD | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $2,771,527.59 | $21,614.15 | $2,749,913.44 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.