UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Re:

MICHAEL TODD MOORE

Debtor(s)

Case No. 06-14307-RAM

Chapter 7

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( X )   The trustee has a balance of $ 17,521.82 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(  )    The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated:  October 27, 2010

Trustee
DREW M. DILLWORTH

Copies to:
Debtor (at last current address)
Attorney for Debtor
U.S. trustee
Attachment

| Case No. | 06-14307 | Trustee Name: | DREW M. DILLWORTH |
| --- | --- | --- | --- |
| Case Name: | MOORE, MICHAEL TODD | Date: | 10/27/10 |
| | | Date Filed / Converted to Ch. 7: | 09/06/06 (f) |

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
| --- | --- | --- |
| GROSS RECEIPTS | $21,614.15 | 100.00% |
| Less Funds Paid to Debtor: | | |
| Exemptions | $0.00 | 0.00% |
| Excess Funds | $0.00 | 0.00% |
| Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | **$21,614.15** | **100.00%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
| --- | --- | --- | --- |
| SECURED CLAIMS | | | |
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
| Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
| Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | **$0.00** | **$0.00** | **0.00%** |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES §§ 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $2,911.30 | $2,911.30 | 13.47% |
| Trustee Expenses | $104.03 | $104.03 | 0.48% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $2,000.00 | $1,000.00 | 4.63% |
| Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| U.S. Trustee Fees | $0.00 | $0.00 | 0.00% |
| Court Costs | $0.00 | $0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES** | **$5,015.33** | **$4,015.33** | **18.58%** |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES §§ 507(a)(1)(C) and (2) (From attached Part B) | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATIONS § 507(a)(1)(A)&(B) | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(4) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS § 507(a)(5) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS § 507(a)(8) | $0.00 | $0.00 | 0.00% |
| OTHER § 507(a)(3),(6),(7),(9) & (10) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS § 507(a)(1)(A)&(B) to § 507(a)(3) to § 507(a)(10)** | **$0.00** | **$0.00** | **0.00%** |
| GENERAL UNSECURED CLAIMS | $2,767,512.26 | $17,598.82 | 81.42% |
| **TOTAL DISBURSEMENTS** | **$2,772,527.59** | **$21,614.15** | **100.00%** |

F4RECAP

## FORM 4
### Distribution Report for Closed Asset Cases

| | |
|---|---|
| Case No. 06-14307 | Trustee Name: DREW M. DILLWORTH |
| Case Name: MOORE, MICHAEL TODD | Date: 10/27/10 |
| | Date Filed / Converted to Ch. 7: 09/06/06 (f) |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| **PRIOR CHAPTER ADMINISTRATIVE FEES §§ 507(a)(1):** | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
|    Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|    Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|    Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|    Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|    Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|    Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|    Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|    Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | **$0.00** | **$0.00** | **0.00%** |

F4RECAP